CASREF

# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25−cv−00577−DC−DTG

Friendship IP Protection LLC v. Meta Platforms, Inc. et al
Assigned to: Judge David Counts
Referred to: Judge Derek T. Gilliland
Cause: 35:271 Patent Infringement

Date Filed: 12/18/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Friendship IP Protection LLC**                    represented by   **David L. Hecht**
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 851−6821
Fax: (646) 492−5111
Email: dhecht@hechtpartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Berry**
Susman Godfrey, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
206−516−3880
Fax: 206−516−3883
Email: mberry@susmangodfrey.com
*TERMINATED: 02/06/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Massimo Ciccarelli**
Ciccarelli Law Firm
100 N 6th Street, Suite 502
Waco, TX 76701
214−444−8869
Email: max@ciccarellilawfirm.com
*TERMINATED: 02/06/2026*
*ATTORNEY TO BE NOTICED*

**Andres Healy**
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
206−505−3843
Fax: 206−516−3883
Email: ahealy@susmangodfrey.com
*TERMINATED: 02/06/2026*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.**                          represented by   **Dena Chen**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843–5000
Fax: (650) 849–7400
Email: dchen@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi L. Keefe**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843–5000
Fax: 650–849–7400
Email: hkeefe@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip E. Morton**
Cooley LLP
1299 Pennsylvania Avenue, Nw, Suite 700
Washington, DC 20004
(202) 842–7400
Fax: 703/456–8100
Email: pmorton@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Weinstein**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304–1130
(650) 843–5000
Fax: (650) 849–7400
Email: mweinstein@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paige Arnette Amstutz**
Scott, Douglass & McConnico, LLP
303 Colorado Street
Suite 2400
Austin, TX 78701
(512) 495–6300
Fax: 512–495–6399
Email: pamstutz@scottdoug.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Instagram, LLC**                          represented by   **Heidi L. Keefe**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige Arnette Amstutz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WhatsApp LLC**    represented by    **Heidi L. Keefe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paige Arnette Amstutz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC–21121904). No Summons requested at this time, filed by Friendship IP Protection LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Healy, Andres) (Entered: 12/18/2025) |
| 12/18/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Friendship IP Protection LLC. *to Meta Platforms, Inc., Instagram, LLC & WhatsApp LLC* (Healy, Andres) (Main Document 2 replaced with flattened document on 12/19/2025) (kg). Modified on 12/19/2025 (kg). (Entered: 12/18/2025) |
| 12/18/2025 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Friendship IP Protection LLC identifying Corporate Parent Sauvegarder Investment Management, Inc. d/b/a SIM IP for Friendship IP Protection LLC. (Healy, Andres) (Entered: 12/18/2025) |
| 12/18/2025 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Friendship IP Protection LLC. *to Meta Platforms, Inc.* (Healy, Andres) (Main Document 4 replaced with flattened document on 12/19/2025) (kg). Modified on 12/19/2025 (kg). (Entered: 12/18/2025) |
| 12/18/2025 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS by Friendship IP Protection LLC. *WhatsApp LLC* (Healy, Andres) (Main Document 5 replaced with flattened document on 12/19/2025) (kg). Modified on 12/19/2025 (kg). (Entered: 12/18/2025) |
| 12/18/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 12/19/2025) |
| 12/19/2025 | Ï | DEFICIENCY NOTICE: re 1 Complaint: Incorrect header. Please include Midland/Odessa Division. Please do not refile the entire document as it will create a duplicate charge. Please file ONLY the document. Use the ATTACHMENT event from the menu and attach the proposed document as the Main Document LINK the proposed document to the original. In the docket text, type Corrected Complaint. 3 Disclosure Statement (Rule 7): Incorrect header. Please include Midland/Odessa Division and refile document. (kg) (Entered: 12/19/2025) |
| 12/19/2025 | Ï 6 | Pro Hac Vice Letter to Tyler Alabanza–Behard as to Friendship IP Protection LLC. (kg) (Entered: 12/19/2025) |

| | | |
|---|---|---|
| 12/19/2025 | Ï 7 | ATTACHMENT *Corrected Complaint* to 1 Complaint, by Friendship IP Protection LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Healy, Andres) (Entered: 12/19/2025) |
| 12/19/2025 | Ï 8 | RULE 7 DISCLOSURE STATEMENT filed by Friendship IP Protection LLC identifying Corporate Parent Sauvegarder Investment Management, Inc. d/b/a SIM IP for Friendship IP Protection LLC. (Healy, Andres) (Entered: 12/19/2025) |
| 12/19/2025 | Ï 9 | Summons Issued as to All Defendants. (kg) (Entered: 12/19/2025) |
| 12/22/2025 | Ï 10 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (kg) (Entered: 12/22/2025) |
| 01/08/2026 | Ï 11 | Unopposed MOTION for Extension of Time to File Answer *OR OTHERWISE RESPOND TO THE COMPLAINT* by Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 01/08/2026) |
| 01/08/2026 | Ï 12 | NOTICE of Attorney Appearance by Heidi L. Keefe on behalf of Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC. Attorney Heidi L. Keefe added to party Instagram, LLC(pty:dft), Attorney Heidi L. Keefe added to party Meta Platforms, Inc.(pty:dft), Attorney Heidi L. Keefe added to party WhatsApp LLC(pty:dft) (Keefe, Heidi) (Entered: 01/08/2026) |
| 01/09/2026 | Ï 13 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 11); Instagram, LLC answer due 2/26/2026; Meta Platforms, Inc. answer due 2/26/2026; WhatsApp LLC answer due 2/26/2026. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/09/2026) |
| 01/12/2026 | Ï 14 | SUMMONS Returned Executed by Friendship IP Protection LLC. Meta Platforms, Inc. served on 12/22/2025, answer due 2/26/2026. (Healy, Andres) (Entered: 01/12/2026) |
| 01/12/2026 | Ï 15 | SUMMONS Returned Executed by Friendship IP Protection LLC. Instagram, LLC served on 12/22/2025, answer due 2/26/2026. (Healy, Andres) (Entered: 01/12/2026) |
| 01/12/2026 | Ï 16 | SUMMONS Returned Executed by Friendship IP Protection LLC. WhatsApp LLC served on 12/22/2025, answer due 2/26/2026. (Healy, Andres) (Entered: 01/12/2026) |
| 01/14/2026 | Ï 17 | NOTICE of Attorney Appearance by Massimo Ciccarelli on behalf of Friendship IP Protection LLC. Attorney Massimo Ciccarelli added to party Friendship IP Protection LLC(pty:pla) (Ciccarelli, Massimo) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 18 | NOTICE of Attorney Appearance by Massimo Ciccarelli on behalf of Friendship IP Protection LLC (Ciccarelli, Massimo) (Entered: 01/14/2026) |
| 02/02/2026 | Ï 19 | NOTICE of Attorney Appearance by David L. Hecht on behalf of Friendship IP Protection LLC. Attorney David L. Hecht added to party Friendship IP Protection LLC(pty:pla) (Hecht, David) (Entered: 02/02/2026) |
| 02/05/2026 | Ï 20 | Unopposed MOTION to Withdraw as Attorney by Friendship IP Protection LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Healy, Andres) (Entered: 02/05/2026) |
| 02/06/2026 | Ï | Text Order GRANTING 20 Motion to Withdraw as Attorney. It is ORDERED that Andres Healy, Matthew Berry, and Max Ciccarelli have withdrawn as counsel of record for the plaintiff. The clerk of the Court is INSTRUCTED to amend the docket to reflect that Andres Healy, Matthew Berry, and Max Ciccarelli have withdrawn as counsel for the plaintiff and no longer need to be noticed for any pleadings, motions, or other documents filed or served in this case. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (CWlc) (Entered: 02/06/2026) |
| 02/26/2026 | 21 | NOTICE *JOINT NOTICE AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF INDIRECT INFRINGEMENT CLAIMS* by Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 22 | RULE 7 DISCLOSURE STATEMENT filed by Meta Platforms, Inc.. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 23 | RULE 7 DISCLOSURE STATEMENT filed by Instagram, LLC. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 24 | RULE 7 DISCLOSURE STATEMENT filed by WhatsApp LLC. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 25 | Motion to Dismiss for Failure to State a Claim by Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC.. Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 26 | MOTION to Appear Pro Hac Vice by Heidi L. Keefe *on behalf of Dena Chen* ( Filing fee $ 100 receipt number ATXWDC–21471833) by on behalf of Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC.. Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/26/2026 | 27 | MOTION to Appear Pro Hac Vice by Heidi L. Keefe *on behalf of Phillip E. Morton* ( Filing fee $ 100 receipt number ATXWDC–21471989) by on behalf of Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC.. Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 02/26/2026) |
| 02/27/2026 | 28 | ORDER GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Dena Chen for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (llm) (Entered: 02/27/2026) |
| 02/27/2026 | 29 | ORDER GRANTING 27 Motion to Appear Pro Hac Vice for Attorney Phillip E. Morton for Meta Platforms, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (llm) (Entered: 02/27/2026) |
| 03/05/2026 | 30 | STATUS REPORT *regarding Case Readiness* by Friendship IP Protection LLC. (Hecht, David) (Entered: 03/05/2026) |
| 03/05/2026 | | DEFICIENCY NOTICE: re 30 Status Report: Header does not read Midland/Odessa Division. Please correct and refile. This Status Report will not be forwarded to the assigned judge for consideration and will be terminated. (kg) (Entered: 03/05/2026) |
| 03/05/2026 | 31 | STATUS REPORT *regarding Case Readiness* by Friendship IP Protection LLC. (Hecht, David) (Entered: 03/05/2026) |
| 03/06/2026 | 32 | MOTION to Appear Pro Hac Vice by Heidi L. Keefe *on behalf of Mark R. Weinstein* ( Filing fee $ 100 receipt number ATXWDC–21518354) by on behalf of Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC.. Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 03/06/2026) |
| 03/09/2026 | 33 | ORDER GRANTING 32 Motion to Appear Pro Hac Vice for Attorney Mark R. Weinstein for Meta Platforms, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with |

| | | our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 03/09/2026) |
|---|---|---|
| 03/10/2026 | Ï 34 | Joint MOTION to Extend Scheduling Order Deadlines by Friendship IP Protection LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hecht, David) (Entered: 03/10/2026) |
| 03/13/2026 | Ï 35 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Initial Pretrial Conference set for **4/22/2026 02:00 PM** in Waco before Judge Derek T. Gilliland,. Signed by Judge Derek T. Gilliland. (ktm) (Entered: 03/13/2026) |
| 03/19/2026 | Ï 36 | Response in Opposition to Motion, filed by Friendship IP Protection LLC, re 25 Motion to Dismiss for Failure to State a Claim filed by Defendant Meta Platforms, Inc., Defendant Instagram, LLC, Defendant WhatsApp LLC (Hecht, David) (Entered: 03/19/2026) |
| 03/20/2026 | Ï 37 | Pro Hac Vice Letter to Maxim Price, Peter Park, Tremayne Norris, and Tanner Murphy as to Friendship IP Protection LLC. (kg) (Entered: 03/20/2026) |
| 03/26/2026 | Ï 38 | REPLY to Response to Motion, filed by Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC, re 25 Motion to Dismiss for Failure to State a Claim filed by Defendant Meta Platforms, Inc., Defendant Instagram, LLC, Defendant WhatsApp LLC (Keefe, Heidi) (Entered: 03/26/2026) |
| 04/09/2026 | Ï | Text Order MOOTING 34 Motion to Extend Scheduling Order Deadlines as the proposed deadlines have already passed or will be addressed by the Court's scheduling order. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 04/09/2026) |
| 04/13/2026 | Ï 39 | Rule 26(f) Discovery Report/Case Management Plan *(Joint)* by Friendship IP Protection LLC. (Hecht, David) (Entered: 04/13/2026) |
| 04/13/2026 | Ï 40 | Joint MOTION for Entry of Scheduling Order Deadlines by Friendship IP Protection LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hecht, David) (Entered: 04/13/2026) |
| 04/14/2026 | Ï 41 | NOTICE of Attorney Appearance by Paige Arnette Amstutz on behalf of Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC. Attorney Paige Arnette Amstutz added to party Instagram, LLC(pty:dft), Attorney Paige Arnette Amstutz added to party Meta Platforms, Inc.(pty:dft), Attorney Paige Arnette Amstutz added to party WhatsApp LLC(pty:dft) (Amstutz, Paige) (Entered: 04/14/2026) |
| 04/17/2026 | Ï 42 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 04/17/2026) |
| 04/22/2026 | Ï 43 | ORDER GRANTING 40 Motion for Entry of Scheduling Order Consent to Trial by Magistrate due by 7/27/2027, Final Pretrial Conference set for 10/15/2027 03:00 PM in Midland before Judge David Counts, Jury Selection/Trial set for 11/1/2027 08:00 AM in Midland before Judge David Counts, Markman Hearing set for 10/20/2026 09:00 AM in Waco before Judge Derek T. Gilliland, Amended Pleadings due by 2/9/2027, Joinder of Parties due by 12/1/2026, Daubert/Dispositive Motions due by 7/27/2027. Signed by Judge Derek T. Gilliland. (kg) (Entered: 04/22/2026) |
| 05/13/2026 | Ï 45 | Unopposed MOTION to Change Venue *TO THE NORTHERN DISTRICT OF CALIFORNIA* by Instagram, LLC, Meta Platforms, Inc., WhatsApp LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Keefe, Heidi) (Entered: 05/13/2026) |
| 05/14/2026 | Ï 46 | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER [DKT. NO. 45]. Signed by Judge Derek T. Gilliland. (kg) (Entered: 05/14/2026) |